UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE LOFTIS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GRACIELA ROMERO, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 24-CV-1641-CAB-AHG<br><br>**ORDER RE: INSUFFICIENT SERVICE**<br><br>[Doc. Nos. 4, 5] |

On September 13, 2024, Marquise Loftis ("Plaintiff") filed a complaint alleging Graciela Romero and Benedetto Brunetto ("Defendants") violated his First and Eighth Amendment rights while he was incarcerated at Richard J. Donovan Correctional Facility in San Diego, California. [Doc. No. 1.] It has been almost nine months with no further activity on this matter.

A review of the docket reflects that on or about October 3, 2024, Plaintiff attempted to serve Defendants by mailing Defendants the summons. [Docs. Nos. 4, 5.] This however does not comply with Fed. R. Civ. P. 4(e) which requires personal service of Defendants. "Without personal service in accordance with Rule 4, the district court is without jurisdiction to render a personal judgment against a defendant." *Hutchinson v. United*

1

24-CV-1641-CAB-AHG

*States*, 677 F.2d 1322, 1328 (9th Cir.1982).  Mailing the complaint is not considered personal service.  *See Williams v. Dep't of Fair Emp. & Hous.*, No. 13-CV-38-IEG BLM, 2013 WL 4501017, at *1 (S.D. Cal. Aug. 21, 2013).

Plaintiff has until **July 7, 2025** to serve Defendants in accordance with Fed. R. Civ. P. 4(e).  Plaintiff should reference the service guidelines on the S.D. Cal website at https://www.casd.uscourts.gov/Prose.aspx.  If proper proof of service is not filed by July 11, 2025, the case will be dismissed for failure to prosecute.

It is **SO ORDERED**.

Dated:  June 6, 2025

_____
Hon. Cathy Ann Bencivengo
United States District Judge