UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE DEANGELO LOFTIS,<br><br>                              Plaintiff,<br><br>v.<br><br>GRACIELA ROMER, et al.,<br><br>                              Defendants. | Case No.: 24-cv-01641-CAB-DDL<br><br>**ORDER DISMISSING CASE** |

Pursuant to this Court's June 6, 2025 order on Plaintiff's failure to prosecute, this case is dismissed without prejudice.

Dated: July 16, 2025

_____
Hon. Cathy Ann Bencivengo
United States District Judge