UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE LOFTIS,<br><br>                    Plaintiff,<br><br>v.<br><br>GRACIELA ROMERO, et al.,<br><br>                    Defendants. | Case No.: 24-CV-1641-CAB-AHG<br><br>**ORDER REOPENING CASE**<br><br>[Doc. No. 10] |

      On September 13, 2024, Marquise Loftis ("Plaintiff") filed a complaint alleging Graciela Romero and Benedetto Brunetto ("Defendants") violated his First and Eighth Amendment rights while he was incarcerated at Richard J. Donovan Correctional Facility in San Diego, California. [Doc. No. 1.] Plaintiff insufficiently served Defendants, [Docs. Nos. 4, 5], and the Court issued an Order RE: Insufficient Service. [Doc. No. 6.] Plaintiff did not properly serve Defendants by July 7, 2025 as required, and the Court resultingly dismissed the case.

      On July 18, 2025, Plaintiff requested the Court reopen the case and allow Plaintiff to serve Defendants. [Doc. No. 10.] Plaintiff explained that at the time the Court issued

1  the Order RE: Insufficient Service, he was relocating to long term housing and did not
2  receive notice of the Order.
3     Because of Plaintiff's pro se status, the Court **GRANTS** the motion to reopen the
4  case.  Plaintiff has until **August 21, 2025** to serve Defendants in accordance with Fed. R.
5  Civ. P. 4(e).  Plaintiff should reference the service guidelines on the S.D. Cal website at
6  https://www.casd.uscourts.gov/Prose.aspx.  If proper proof of service is not filed by
7  **August 28, 2025**, the case will be dismissed for failure to prosecute.
8     It is **SO ORDERED.**
9  Dated:  July 21, 2025

_____
Hon. Cathy Ann Bencivengo
United States District Judge