UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE LOFTIS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GRACIELA ROMERO, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 24-CV-1641-CAB-AHG<br><br>**ORDER DIRECTING SERVICE BY U.S. MARSHALS**<br><br>[Doc. No. 13] |

　　　Marquise Loftis ("Plaintiff") filed a Motion for Service of Process by U.S. Marshal pursuant to Rule 4(c)(3) of the Federal Rules of Civil Procedure. [Doc. No. 13.] Fed. R. Civ. P. 4(c)(3) provides the Court with discretion to order service by the U.S. Marshals Service. *See* Fed. R. Civ. P. 4(c). Plaintiff has made two unsuccessful attempts to serve Graciela Romero and Benedetto Brunetto ("Defendants"). [*See* Doc. Nos. 6, 13]. Considering Plaintiff's pro se status, Plaintiff's Motion is **GRANTED**. The Clerk is **DIRECTED** to:

　　　1. Issue summons as to Defendants;

　　　2. Prepare, on Plaintiff's behalf, a form USM-285 for each Defendant; and

    3. Deliver service packets for Defendants, consisting of the completed summons, a USM-285 form, a copy of the complaint, and a copy of this Order, to the United States Marshals Service.

The Court **ORDERS** the United States Marshals to personally serve upon Defendants the summons, a copy of the complaint, and a copy of this Order. The Marshals Service shall make reasonable efforts to serve Defendants within 30 days. All costs of service shall be advanced by the United States, and the Clerk shall provide all necessary materials and copies to the United States Marshals Service.

It is **SO ORDERED**.

Dated: September 22, 2025

                                           Hon. Cathy Ann Bencivengo
                                           United States District Judge