UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MARQUISE DEANGELO LOFTIS,
Plaintiff,

v.

GRACIELA ROMERO; BENEDETTO BRUNETTO,
Defendants.

Case No.: 24-cv-1641-CAB-DDL

**ORDER RESETTING EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCES**

An Early Neutral Evaluation and a Case Management Conference were previously set for January 19, 2026. Because the Court will be closed in observance of Martin Luther King Jr. Day, the Notice and Order at Dkt. No. 22 is hereby **AMENDED** as follows:

1. The Early Neutral Evaluation and Case Management Conferences will be held on **January 29, 2026** at **2:00 p.m.**
2. No later than **January 15, 2026**, counsel for each party shall send an email to the Court with the required participant information. *See* Dkt. No. 22 at 3.
3. No later than **January 15, 2026**, each party must lodge a Confidential ENE Statement. *See id.* at 4.

///

4. The parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f) no later than **January 8, 2026**.
5. The parties shall make the disclosures required by Federal Rule of Civil Procedure 26(a)(1)(A-D) on or before **January 22, 2026**.
6. The parties shall file a proposed discovery plan pursuant to Federal Rule of Civil Procedure 26(f)(3) no later than **January 15, 2026**.

**IT IS SO ORDERED.**

Dated: December 15, 2025

Hon. David D. Leshner
United States Magistrate Judge