ROB BONTA
Attorney General of California
LYNDSAY CRENSHAW
Supervising Deputy Attorney General
MOHAMMAD IRANMANESH
Deputy Attorney General
State Bar No. 300457
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  Telephone: (619) 738-9023
  Fax: (916) 732-7920
  E-mail: Mohammad.Iranmanesh@doj.ca.gov
*Attorneys for Defendants*
*G. Romero and B. Brunetto*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **MARQUISE D. LOFTIS,**<br><br>                                        Plaintiff,<br><br>         **v.**<br><br>**G. ROMERO, et al.,**<br><br>                                        Defendants. | 3:24-cv-01641-CAB-DDL<br><br>**DECLARATION OF MOHAMMAD IRANMANESH IN SUPPORT OF DEFENDANTS' EX PARTE REQUEST TO VACATE MANDATORY SETTLEMENT CONFERENCE**<br><br>Judge:          The Honorable David P. Leshner<br>Trial Date:   March 29, 2027<br>Action Filed:      9/13/2024 |

I Mohammad Iranmanesh, declare:

1.     I am a Deputy Attorney General licensed to practice before all courts of the State of California and before this Court. I am employed by the Office of the Attorney General and am counsel of record for Defendant Romero and Brunetto in this case. I submit this declaration in support of Defendants' Ex Parte Motion to excuse their personal appearance at the July 7, 2026, Mandatory Settlement Conference (MSC) in this case. The facts below are known to me personally, and I would testify competently thereto if called to do so.

1

2.      On January 29, 2026, the Court held an Early Neutral Evaluation (ENE.)  Defendants Romero and Brunetto attended the ENE. During the ENE the Court spoke to the parties directly and gathered information regarding the case.  I informed the Court we cannot agree to a settlement at this time.

3.      Currently, Defendants are preparing the case for summary judgment. Defendants believe they have a strong motion for summary judgment, and that settlement discussions after resolution of the summary-judgment motion would be more productive.

4.      Furthermore, the State of California indemnifies Defendant Romero and Brunetto in the event of an adverse verdict and will act on their behalf to fund any settlement.  The Defendants will not be personally contributing to the settlement and will therefore not be making decisions regarding any informal resolution. I will attend the MSC with full authority to settle this action on their behalf.

5.      On June 22, 2026, I informed Plaintiff of our position on the MSC, Plaintiff agreed that an MSC would not be productive.

6.      The Defendants' personal absence from the MSC will not prejudice Plaintiff, as it is not necessary for the parties to resolve this action.  The parties will not be able to agree to a settlement in this case.  Moreover, this motion is not made for the purpose of harassment, undue delay, or any improper purpose, and no party to this action will be prejudiced by granting it.  Plaintiff is no longer incarcerated; a copy of this motion will be sent to him electronically.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on June 22, 2026, in San Diego, California.

///

///

///

///

2

Declaration of Mohammad Iranmanesh   (3:24-cv-01641-CAB-DDL)

_/s/ Mohammad Iranmanesh_
MOHAMMAD IRANMANESH
Deputy Attorney General
_Attorneys for Defendants_
_G. Romero and B. Brunetto_

SD2025604383
85777238.docx

3