UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MARQUISE D. LOFTIS,

Plaintiff,

v.

G. ROMERO, et al.,

Defendants.

Case No.: 3:24-cv-01641-CAB-DDL

**ORDER SETTING BRIEFING SCHEDULE**

On October 23, 2026, Defendants G. Romero and B. Brunetto (together, "Defendants") moved for summary judgment against Plaintiff Marquise D. Loftis. [Doc. No. 43.] Plaintiff's response to the motion for summary judgment was due on November 13, 2026. [*See* Doc. No. 44 at 1.] As of November 18, 2026, Plaintiff has not filed a response to the motion.

Considering Plaintiff's pro se status, the Court grants Plaintiff additional time to file his response. Plaintiff may file a response to the motion for summary judgment by **December 3, 2026**, or the motion will be considered unopposed and taken under submission.

///

If Plaintiff files a response, Defendants may file a reply by **December 10, 2026**.

It is **SO ORDERED**.

Dated: November 19, 2026

Hon. Cathy Ann Bencivengo
United States District Judge